**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ROBERT SHANE,<br><br>*Plaintiff*,<br><br>v.<br><br>JOBLOVIN, LLC and JUSTIN PACHOLKA,<br><br>*Defendants.* | Case No. 3:21-cv-01269-FAB |

**NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT:**

NOTICE IS HEREBY GIVEN that this action has been settled in its entirety. The parties anticipate filing a joint stipulation to dismiss with prejudice within the Court's forthcoming timeline to do so.

The parties jointly and respectfully request that all pending dates and filing requirements be vacated.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date the foregoing Answer with Affirmative Defenses was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of September 2021.

**FERRAIUOLI LLC**

P.O. Box 195168
San Juan, P.R. 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

By: */s/ Jean G. Vidal Font*
Jean G. Vidal Font
USDC-PR No. 227811
Email: jvidal@ferraiuoli.com

By: */s/ Sheila M. Cruz-Rodríguez*
Sheila M. Cruz-Rodríguez
USDC-PR No. 305814
Email: shcruz@ferraiuoli.com