**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

ROBERT SHANE,

     **Plaintiff,**

         **v.**

JOBLOVIN, LLC, *et al.*,

     **Defendants.**

**Civil No.** 21-1269 (FAB)

**JUDGMENT**

In accordance with the Order entered today (Docket No. 11), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 20, 2021.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE